Cite as 2024 Ark. 187
# SUPREME COURT OF ARKANSAS

|  |  |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMISSION ON CHILDREN, YOUTH, AND FAMILIES | **Opinion Delivered:** December 12, 2024 . |

## PER CURIAM

Representative Zach Gramlich, of Fort Smith; Deputy Prosecuting Attorney Casey Beard, of Little Rock; Garland County Juvenile Officer Lavon Chatman, of Hot Springs; and Tressa Hamilton, Therapeutic Foster Care Program Manager – Community Service, Inc., of Little Rock, are appointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for three-year terms to expire on December 31, 2027. We thank them for their willingness to serve on this important commission.

Circuit Judge Kimberly Boling Bibb, Second Judicial Circuit, of Paragould, is reappointed to the Arkansas Supreme Court Commission on Children, Youth, and Families for a three-year term to expire on December 31, 2027. The court extends its appreciation to Judge Bibb for her continued service.

The court expresses its gratitude to the following outgoing members: Representative Jamie Scott; Saline County Juvenile Officer Carol Childs; Mason Reynolds, Esq.; and Lekita Thomas, whose terms have expired, for their years of service to this commission.